KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION

-----------------------------------------------------------------X
LUZ MANCO,                                   DOCKET NO:
                                             08 CV 2654
                Plaintiff,

    -against-

100 CHURCH, LLC, 120 LIBERTY STREET,         NOTICE OF
2 BROADWAY, LLC, 20 BROAD STREET CO.,        APPEARANCE
90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., AMG REALTY PARTNERS, LP.,
LTD., ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BELFORUSA GROUP, INC., BFP ONE LIBERTY
PLAZA CO., LLC., BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDING, INC
COLLERS ABR, INC., CUNNINGHAM DUCT
CLEANING CO., ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM,

HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS,
INC., JONES LANG LASALLE SERVICES, INC.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MERRILL LYNCH & CO.,
INC., NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC., NEW LIBERTY PLAZA LP.,
NEW YORK CITY INDUSTRIAL DEVELOPMENT,
AGENCY, NEW YORK CITY INDUSTRIAL
DEVELOPMENT CORPORATION, NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA,
R Y MANAGEMENT CO., INC.,
ROYAL AND SUNALLIANCE INSURANCE
GROUP, RY MANAGEMENT, SABINE
ZERARK, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BOARD OF MANAGERS OF ONE LIBERTY
PLAZA CONDOMINIUM (CONDO # 1178),
THE ONE LIBERTY PLAZA CONDOMINIUM (#1178),
TOSCORP INC., TRC ENGINEERS, INC., TUCKER
ANTHONY, INC, VORNADO OFFICE
MANAGEMENT LLC., WESTON SOLUTIONS,
INC., WFP ONE LIBERTY PLAZA CO., L.P.,
WFP ONE LIBERTY PLAZA CO. GP, CORP.,
WFP RETAIL A CO., WFP TOWER A CO.,
G.P. CORP., WFP TOWER A CO., L.P., WFP
TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., L.P., WFP TOWER B CO., L.P.,
WORLD FINANCIAL PROPERTIES, L.P., and
ZAR REALTY MANAGEMENT CORP., ET AL

                            **Defendants.**

---------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for:

                **CUNNINGHAM DUCT WORK s/h/i/a**
              **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 3, 2008

                                           <u>Kevin G. Horbatiuk</u>
                                           Kevin G. Horbatiuk (KGH4977)
                                           Attorneys for Defendant
                                           **CUNNINGHAM DUCT WORK s/h/i/a**
                                           **CUNNINGHAM DUCT CLEANING CO.,**
                                           **INC.**
                                           RUSSO, KEANE & TONER, LLP
                                           26 Broadway, 28th Floor
                                           New York, New York 10004
                                           (212) 482-0001
                                           RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiff
         **LUZ MANCO**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 3rd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**LUZ MANCO**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
KEVIN G. HORBATIUK