UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                :
----------------------------------------------------------------X
LUZ MONTALVO,                                      : 08-CV-02660-AKH
                                                                :
                       Plaintiff,                     :
                                                                : **APPEARANCE**
       - against -                                   :
                                                                : **ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*,                     :
                                                                :
                       Defendants.                :
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York                DICKSTEIN SHAPIRO LLP
       June 26, 2008

                                   By:      /s/ Judith R. Cohen
                                         _____
                                         Judith R. Cohen (JC-8614)
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         Phone: (212) 277-6500
                                         Fax: (212) 277-6501

                                         *Attorney for Defendant*
                                         MERRILL LYNCH & CO., INC.

DOCSNY-314142